UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INARA PERRYMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:22-cv-01502-SEB-MPB |
| | ) |
| FLEX N GATE CORPORATION, doing business as FLEX-N-GATE LLC, | ) |
| | ) |
| Defendant. | ) |

## CLERK'S ENTRY OF DEFAULT

Upon request of Plaintiff pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, it having been demonstrated by affidavit that Defendant FLEX N GATE CORPORATION, doing business as FLEX-N-GATE LLC, has failed to appear or otherwise defend itself, the undersigned hereby enters the default of Defendant, FLEX N GATE CORPORATION, doing business as FLEX-N-GATE LLC.

Roger A.G. Sharpe, Clerk

Date: 1/25/2023

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

Eric D. Coleman
SULAIMAN LAW GROUP LTD.
ecoleman@sulaimanlaw.com

Alexander J. Taylor
SULAIMAN LAW GROUP LTD.
ataylor@sulaimanlaw.com

Nathan C. Volheim
SULAIMAN LAW GROUP, LTD.
nvolheim@sulaimanlaw.com

FLEX N GATE CORPORATION d/b/a FLEX-N-GATE LLC
c/o Curt Ronto, its Registered Agent
1200 E. 8th Street
Veedersburg, IN 47987